■ In the Matter of SYANNE L.T., a Person Alleged to be in Need of Supervision, Appellant. NIAGARA COUNTY ATTORNEY et al., Respondents. [994 NYS2d 889]—Appeal from an order of the Family Court, Niagara County (Kathleen M. Wojtaszek-Gariano, J.), entered May 28, 2013 pursuant to Family Court Act article 7. The order, among other things, placed respondent in the custody of the Commissioner of Social Services of Niagara County for a period of 12 months.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Haley M.T., 96 AD3d 1549, 1549 [2012]; Matter of Alice P., 254 AD2d 770, 770 [1998]). Present—Smith, J.P., Centra, Fahey, Lindley and Whalen, JJ.